# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **SPENCER NEAL,** | ) | CASE NO. 2:18-cv-00632 |
| | ) | |
| Plaintiff, | ) | JUDGE SARAH D. MORRISON |
| | ) | |
| v. | ) | MAGISTRATE JUDGE DEAVERS |
| | ) | |
| **MORALES REAL ESTATE** | ) | **NOTICE OF DISMISSAL** |
| **INVESTMENTS, LTD., ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

NOW COME the parties, by and through counsel, and hereby give Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). Following a private settlement agreement, Plaintiff now desires the dismissal of all claims against Defendants with prejudice.

Respectfully submitted,

**/s/ COLIN G. MEEKER**
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Spencer Neal


Respectfully submitted,

**/s/ TIMOTHY J. OWENS**
Timothy J. Owens (#0021979)

Attorney for Defendants,
Morales Real Estate Investments, Ltd.
And Morales, Inc.